## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 16-MJ-1394-1 | | Date | July 26, 2016 |
|---|---|---|---|---|

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|
| Interpreter | N/A |

| Bea Martinez | CS 7/26/2016 | Andrew Brown |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fabrice Felix Stephane Touil | X | X | | Mark A. Byrne | X | | X |

**Proceedings:** **Status Conference Re Extradition**

Case called. Counsel make their appearances. Defendant is present and in custody. Defendant is sworn.

The Court questions the defendant regarding the waiver. The Court finds that the waiver is knowing and voluntary.

The defendant is remanded to the U.S. Marshal for extradition to France as soon as possible.

It is so ordered.

| | : | 10 |
|---|---|---|
| | Initials of Deputy Clerk | bm |