O

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail: andrew.brown@usdoj.gov
Attorneys for Complainant
UNITED STATES OF AMERICA



FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2016
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>FABRICE FELIX STEPHANE TOUIL,<br><br>A Fugitive From the Government of France. | No. 16-1394M-JPR<br><br>[PROPOSED] ORDER OF DETENTION |

Having considered the extradition complaint, request for detention, ~~and~~ the Pretrial Services Memorandum, *and the statements of counsel at the July 20, 2016, hearing,* JR

IT IS HEREBY ORDERED that Fabrice Felix Stephane Touil be detained. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the fugitive has not

shown that any "special circumstances" justifying bail exist, and has not contested the government's request for detention at this time.

IT IS SO ORDERED.

____7/21/16_____     _____/s/ Jean Rosenbluth_____
DATE                                 UNITED STATES MAGISTRATE JUDGE

Presented by:

____/s/_____
ANDREW BROWN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, **Lorinda A. Cantu**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**[PROPOSED] ORDER OF DETENTION**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

**MARK A. BYRNE**

**888 WEST SIXTH STREET**

**SUITE 1100**

**LOS ANGELES, CA 90017**

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ Via email, as follows:

☐ By Federal Express, as follows:

This Certificate is executed on **July 21, 2016**, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

_____
Lorinda A. Cantu
Legal Assistant